

**SIGNED THIS 28th day of April, 2022**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_Rebecca B. Connelly_
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: | : |
| | :    CASE NO. 22-60132 |
| MRA HOLDINGS LLC, | :    CHAPTER 11 |
| | : |
| Debtor. | : |

### ORDER DISMISSING DEBTOR'S
### CHAPTER 11 CASE WITH PREJUDICE

This cause came before the Court on April 26, 2022, for hearing upon the Debtor's Motion For Entry Of An Order Under Bankruptcy Code §§ 105, 305(a) and 1112(b) Dismissing Debtor's Chapter 11 Case With Prejudice. The Court, having heard the arguments of counsel for those parties present, having reviewed the file and the record, and having duly considered the matter does find that there is cause for dismissal. It is therefore

ORDERED that this chapter 11 case is DISMISSED with prejudice to refiling for 425 days, with such period commencing on the date of entry of this Order. It is further

ORDERED that the Debtor within fourteen (14) days of the entry of this ORDER shall

file its Monthly Operating Report for the any unreported periods through the date of this Order and shall pay the appropriate fees due to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6).

**End of Order**

I ask for this:

  /s/ David Cox_____
David Cox (VSB #38670)
david@coxlawgroup.com
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, Virginia 24501
434/845/2600
Counsel for the Debtor in Possession


Agreed:

/s/ Peter M. Pearl
Peter M. Pearl (VSB #22344)
Spilman Thomas & Battle, PLLC
P. O. Box 90
Roanoke, Virginia 24002
Telephone: (540) 512-1832
Facsimile: (540) 342-4480
Counsel for Pinnacle Bank


Seen:

/s/ W. Joel Charboneau
W. Joel Charboneau (VSB #: 687025)
Trial Attorney for the United States Trustee
Office of the United States Trustee
210 First Street, Ste. 505
Roanoke, VA 24011
(540)798-8323 (cell)